UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR ANDREWS, on behalf of himself and
all others similarly situated,

                                                                    Case No. 1:17-cv-5644-BMC

                                        Plaintiff,

               - against –

WELLINGTON HOTEL CO., INC., d/b/a
Wellington Hotel,

                                        Defendant.
-------------------------------------------------------------X


                    **STIPULATION OF VOLUNTARY DISMISSAL**


        Plaintiff, Victor Andrews, by his attorneys, and pursuant to FRCP 41(a)(1)(A)

hereby provides notice of voluntary dismissal, with prejudice and without costs, disbursements,

or attorney's fees to either party as against the other, of the above-referenced matter against

Wellington Hotel Co., Inc. d/b/a Wellington Hotel and request that the case be closed.

Dated: Brooklyn, New York
       January 4, 2018

SHAKED LAW GROUP, P.C.                      KANE KESSLER

_____                     _____
Dan Shaked, Esq. (DS-3331)                  Jennifer Marrinan Schmalz
Attorney for Plaintiff                      Attorneys for Defendant
44 Court Street, Suite 1217                 666 Third Avenue
Brooklyn, NY 11201                          New York, NY 10017
(917) 373-9128                              (212) 541-6222

               So Ordered:


               _____